### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
NIRZA M. GARCIA,                    :
                                    :
            Plaintiff,              :   CIVIL ACTION
                                    :
      v.                            :   NO. 10-CV-1117
                                    :
MARIANA BRACETTI ACADEMY            :
CHARTER SCHOOL,                     :
                                    :
            Defendant.              :
```

### ORDER

AND NOW, this 6th day of March, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 18), Plaintiff's Response in opposition thereto (Doc. No. 19 and 21), and Defendant's Reply (Doc. No. 20), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and Mariana Bracetti Academy Charter School is DISMISSED with prejudice.

BY THE COURT:

/s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, C.J.